IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID A. BARRY, individually, and on behalf of all other similarly situated,  <br><br>    Plaintiff,<br><br>v.<br><br>SIGNIFY HEALTH, LLC<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:21-CV-00175 |

## DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant Signify Health, LLC ("Signify") moves to strike the class allegations brought by Plaintiff David A. Barry against Signify. The points in support of this motion are set out in Defendant's Brief in Support.

                                                    Respectfully submitted,

                                          By: */s/ Bradley E. Chambers*
                                                 BRADLEY E. CHAMBERS
                                                 SBN: 24001860
                                                 Fed. ID No. 22008
                                                 Attorney for Signify Health, LLC

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone (713) 650-9700
Facsimile  (713) 650-9701
bchambers@bakerdonelson.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record as listed below, via the ECF filing system, pursuant to the Federal Rules of Civil Procedure on this 15th day of March 2021.

Mohammed O. Badwan, Esq.
SULAIMAN LAW GROUP, LTD
2500 S Highland Ave, Suite 200
Lombard, IL 60148
mbadwan@sulaimanlaw.com

                                        */s/ Bradley E. Chambers*
                                        Bradley E. Chambers